[No. 44998-6-II.   Division Two.   May 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE EAGLESPEAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 12-1-00102-1, Brian P. Altman, J., entered June 13, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 45438-6-II.   Division Two.   May 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MELANIE BALAO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00405-4, Sally F. Olsen, J., entered October 4, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 45776-8-II.   Division Two.   May 12, 2015.]

MARIA KRAWIEC, *Appellant*, v. RED DOT CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-14905-0, Vicki L. Hogan, J., entered December 13, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Sutton, JJ. Now published at 189 Wn. App. 234.

[No. 45907-8-II.   Division Two.   May 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MICHAEL WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 13-1-00168-9, Keith C. Harper, J., entered January 17, 2014. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Sutton, J.